IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMON RA,

        Plaintiff,

v.                                              CIV 11-0174 MCA/KBM

UNITED STATES OF AMERICA,

        Defendant.

## ORDER PERMITTING WITHDRAWAL OF COUNSEL

THIS MATTER is before the Court on the Motion to Withdraw as Counsel filed by Carter & Valle Law Firm, P.C. *(Doc. 5)* In response, Plaintiff Amon Ra filed an "objection to a 'Motion to Withdraw as Counsel' Filed Under the Umbrella of the Carter & Valle Law Firm, P.C." *See Doc. 9.* In his objection, Plaintiff indicates that he "does not have an client attorney relationship with Richard J. Valle or the unregistered business publically portrayed as 'Carter & Valle Law Firm., P.C.'" *Id.* at 1. Plaintiff evidently became dissatisfied with the services provided by his retained attorney, and he now wishes to proceed *pro se*. *See Doc. 8 (*"Entry of Appearance" as "Plaintiff Pro Se").

Wherefore,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel filed by Carter & Valle Law Firm, P.C. *(Doc. 5)* is **granted**.

**IT IS FURTHER ORDERED** that the Clerk change the docket sheet to reflect that Mr. Ra now proceeds *pro se* in this matter. The Clerk is requested to send to Plaintiff our Guide for *Pro Se* Litigants, which is also available at http://www.nmcourt.fed.us/web/DCDOCS/dcindex.html,

Plaintiff shall familiarize himself with both the Federal Rules of Procedure and Local Rule of this District as he will be required to conduct this litigation in compliance with those rules and orders of this Court.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE